THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILBUR WRIGHT, Defendant-Appellant.

(No. 54829;

First District—April 19, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, allowed to withdraw, for appellant.